UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jose De Jesus Romero Otero
                                        Plaintiff,
v.                                                      Case No.: 1:25−cv−13473
                                                        Honorable Elaine E. Bucklo
Sam Olson
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo: For reasons set forth in the accompanying order, petitioner's petition for writ of habeas corpus is granted. Respondents are ordered to provide petitioner with a bond hearing within 5 days, at which respondents will have the burden to show by clear and convincing evidence that he poses a danger to the community or a risk of flight such that detention is necessary. Respondents are enjoined from denying petitioner bond on the basis that 8 U.S.C. § 1225(b)(2) applies to him. By 12/2/25, the parties shall file a joint status report indicating: (1) the result of the bond hearing, and (2) whether this case is complete, and if not, proposed next steps. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.